UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY SOWELL,

                      Plaintiff,

-against-

THE NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES,

                      Defendant.

23-CV-5346 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

       By order dated June 10, 2024, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint for failure to state a claim. Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's claims against New York City Department of Homeless Services are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. To the extent Plaintiff sought to bring claims of excessive force and retaliation against shelter staff and DHS police, these claims are dismissed without prejudice.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

       The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:  October 18, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge