UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RANDY SOWELL,

                      Plaintiff,

-against-                                         23 **CIVIL 5346** (LTS)

**JUDGMENT**

THE NEW YORK CITY DEPARTMENT OF
HOMELESS SERVICES,

                      Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 18, 2024, Plaintiff's claims against New York City Department of Homeless Services are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. To the extent Plaintiff sought to bring claims of excessive force and retaliation against shelter staff and DHS police, these claims are dismissed without prejudice.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**Dated:**  New York, New York

      October 22, 2024

                                                         **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                       **BY:**
                                                    **Deputy Clerk**